

- Home
- Client Services
- Personal
- Business
- About us
- Get a quote

1 2 3 4 5

# Welcome

Exploring and understanding the various insurance options available to protect you, your property and your family can be a daunting task. Damelia Insurance Agency, LLC makes it our mission to ease the process and get you the best value on the most appropriate insurance. We've been in business almost 30 years now. That means we've encountered every imaginable scenario, and more importantly, we've delivered expert service every time. Give us a call today for a free consultation and quote. We look forward to working with you.

# Contact Information

Damelia Insurance Agency LLC
571 Dudley Street Suite A
Boston, MA 02125
Phone: (617) 442 - 9190 / (617) 442 - 9490
Fax: (617) 442 - 9330
email: insurance@dameliainsurance.com

Auto Insurance



Home Insurance



[Get a free quote for your car insurance](#)

[Get a free quote for your Home insurance](#)

- **Personal Insurance**

    - [Auto Insurance](#)
    - [Homeowner Insurance](#)
    - [Umbrella Insurance](#)

- Condominium Insurance
- Flood Insurance
- Renters Insurance
- Earthquake Insurance

- **Business Insurance**

  - Business Owner Policy
  - Commercial Property Insurance
  - Business Umbrella Insurance
  - Commercial Liability Insurance
  - Commercial Vehicle Insurance
  - Workers Compensation Insurance
  - Landlord Property Insurance

Copyright (c) 2013 dameliainsurance.com All rights reserved. Design by Kerson Belizaire | Administered by Abner Joseph

Control Panel Login



- Home
- Client Services
  - Policy Change
  - Billing Inquiry
  - Pay your bills
  - Claims
  - Request a certificate
- Personal
  - Auto Insurance
  - Homeowner Insurance
  - Umbrella Insurance
  - Condominium Insurance
  - Flood Insurance
  - Renters Insurance
  - Earthquake Insurance
- Business
  - Business Owner Policy
  - Commercial Property Insurance
  - Business Umbrella Insurance
  - Commercial general Liability Insurance
  - Commercial Vehicle Insurance
  - Workers Compensation Insurance
  - Landlord Property Insurance
- About us
  - Our Company
  - Refer a friend
  - Employment Opportunity
  - Testimonials
- Get a quote
  - Quote for Auto Insurance
  - Quote for Home Insurance
  - Quote for Personal Insurance
  - Quote for Business Insurance

### Welcome to our Insurance Company

Our commitment to our policyholders isn't limited to servicing claims, we also continue to invest in creating innovative products and providing best in class customer services designed to provide you the best value for your insurance dollars.

However we would not be able to provide these levels of service continuously to our customer. They are experts in analyzing your unique insurance needs, recommending coverages that provide you peace of mind and providing you personalized service.

On behalf of our local management team and our company associates located in Massachusetts we look forward to the opportunity to providing you superior services, products and serving you when you need us most.

I invite you to pass along any suggestions or comments you may have to my attention.

Sincerely

Abner Joseph

- **Personal Insurance**

    - Auto Insurance
    - Homeowner Insurance
    - Umbrella Insurance
    - Condominium Insurance
    - Flood Insurance
    - Renters Insurance
    - Earthquake Insurance

- **Business Insurance**

    - Business Owner Policy
    - Commercial Property Insurance
    - Business Umbrella Insurance
    - Commercial Liability Insurance
    - Commercial Vehicle Insurance
    - Workers Compensation Insurance
    - Landlord Property Insurance

Copyright (c) 2013 dameliainsurance.com All rights reserved. Design by Kerson Belizaire | Administered by Abner Joseph

Control Panel Login