

Allstate
You're in good hands.

**Kent Absalonsen**
Attorney

Corporate Litigation

**VIA OVERNIGHT MAIL**

June 26, 2017

Abner Joseph
39 Blossom Street
Dedham, MA  02026

Re:   VIOLATION OF ALLSTATE R3001S EXCLUSIVE AGENCY AGREEMENT AND CONFIDENTIALITY AND NON-COMPETITION AGREEMENT

Dear Mr. Joseph;

I am writing on behalf of the Allstate Insurance Company. It has come to our attention that since the termination of your Allstate R3001S Exclusive Agency Agreement and Confidentiality and Non-Competition Agreement (the "Agreement") you have has refused to allow Allstate access to the telephone number (617-442-9490) you used to conduct Allstate business. Such conduct directly violates the terms of the Agreement; a copy of your Agreement is enclosed for your reference.

In addition, your agreement states that payment of all expenses that you incurred as an agent, including expenses for your phone, are your responsibility. You are responsible for completing the order of transferability form and the cost necessary to transfer the telephone number used in connection with conducting business on behalf of Allstate.

This letter is to advise you that Allstate insists upon your compliance with your contractual obligations and the Massachusetts Uniform Trade Secrets Act. Allstate is prepared to protect its interest by all available means. Please note, as stated in your Agreement, a breach of these provisions allows the Company to pursue injunctive relief, monetary damages, attorney fees and expenses. I urge that either you or your attorney contact me immediately to discuss this matter.

Sincerely,

Kent Absalonsen

Enclosure

cc: Anna Singer
    Candace L. Carr



Allstate.
You're in good hands.

**Kent Absalonsen**
Attorney
Corporate Litigation

**VIA OVERNIGHT MAIL**

June 26, 2017

Abner Joseph
571 Dudley Street, Suite A
Boston, MA  02125

Re:   VIOLATION OF ALLSTATE R3001S EXCLUSIVE AGENCY AGREEMENT AND CONFIDENTIALITY AND NON-COMPETITION AGREEMENT

Dear Mr. Abner;

I am writing on behalf of the Allstate Insurance Company. It has come to our attention that since the termination of your Allstate R3001S Exclusive Agency Agreement and Confidentiality and Non-Competition Agreement (the "Agreement") you have has refused to allow Allstate access to the telephone number (617-442-9490) you used to conduct Allstate business. Such conduct directly violates the terms of the Agreement; a copy of your Agreement is enclosed for your reference.

In addition, your agreement states that payment of all expenses that you incurred as an agent, including expenses for your phone, are your responsibility. You are responsible for completing the order of transferability form and the cost necessary to transfer the telephone number used in connection with conducting business on behalf of Allstate.

This letter is to advise you that Allstate insists upon your compliance with your contractual obligations and the Massachusetts Uniform Trade Secrets Act. Allstate is prepared to protect its interest by all available means. Please note, as stated in your Agreement, a breach of these provisions allows the Company to pursue injunctive relief, monetary damages, attorney fees and expenses. I urge that either you or your attorney contact me immediately to discuss this matter.

Sincerely,

Kent Absalonsen

Enclosure

cc: Anna Singer
    Candace L. Carr

**Allstate Insurance Company**
2775 Sanders Road, A2E, Northbrook, IL 60062-6127   **T** 847.402.6427   **F** 847.326.6440   **E** kabsa@allstate.com