⇨ RETURN TO SEARCH RESULTS (AgentSearchResults.aspx?PATH=3&LNAME=joseph&FNAME=abner&AGENCY=&COMPANIES=&CITY=&STATE=&ZIP=&PROX=0&INSTYPES=&SORT=&SORTDIR=&)

# Agent Profile

Abner Joseph

**License Number**

1843859

**License Issue Date**

11/01/2007

**License Renewal Date**

08/01/2019

**NPN**

9845767

**Lines of Insurance** What's This? (/Help/Lines_of_Insurance.htm)

Accident and Health or Sickness, Life, Property, Casualty

**Business Address 1**

571 Dudley Street Ste A

**Business Address 2**


**Business Address 3**


**Business City/Town, State, ZIP Code**

Boston, MA, 02125

**Business Telephone**

617-442-9190

**Business Fax**

617-442-9330

**Business Website**

www.dameliainsurance.com (http://www.dameliainsurance.com)

**Business E-mail**

abnertax@hotmail.com (mailto:abnertax@hotmail.com)

**Doing Business As**

**Insurance Products** What's This? (/Help/Insurance_Products.htm)

Boat\RV Insurance
Commercial Auto Insurance
Commercial Liability Insurance
Condo Insurance
Dwelling\Fire Insurance
Homeowners Insurance
Inland Marine (i.e. special collections)
Motorcycle Insurance
Personal Mortgage Insurance
Pet Insurance
Private Passenger Automobile Insurance
Umbrella Policies
Wedding Insurance
Workers' Compensation Insurance

**Company Appointments** What's This? (/Help/Company_Appointment.htm)

Metropolitan Life Insurance Company
Stillwater Property and Casualty Insurance Company

**Reported Company Affiliations** What's This? (/Help/Reported_Company_Affiliations.htm)

**Business Entity Membership** What's This? (/Help/Business_Entity_Membership.htm)

Damelia Insurance Agency, LLC (ProducerProfile.aspx?TYPE=1&ID=15415&)

© 2007-2017 Massachusetts Division of Insurance
Privacy Policy (PrivacyPolicy.aspx) | Terms of Use (TermsOfUse.aspx) | Security Policy (SecurityPolicy.aspx)

↪ RETURN TO SEARCH RESULTS (AgentSearchResults.aspx?PATH=3&LNAME=&FNAME=&AGENCY=damelia&COMPANIES=&CITY=&STATE=&ZIP=&PROX=0&INSTYPES=&SORT=&SORTDIR=&)

# Agency Profile

Damelia Insurance Agency, LLC

**License Number**

1980152

**License Issue Date**

05/05/2015

**License Renewal Date**

05/05/2018

**NPN**


**Lines of Insurance** What's This? (/Help/Lines_of_Insurance.htm)

Accident and Health or Sickness, Life, Property, Casualty

**Business Address 1**

571 DUDLEY STREET SUITE A

**Business Address 2**


**Business Address 3**


**Business City/Town, State, ZIP Code**

BOSTON, MA, 02125

**Business Telephone**

617-442-9190

**Business Fax**

617-442-9330

**Business Website**


**Business E-mail**

ajoseph@bostonfmc.com (mailto:ajoseph@bostonfmc.com)

**Branch Offices**

**Doing Business As**

**Insurance Products** What's This? (/Help/Insurance_Products.htm)

Boat\RV Insurance
Commercial Auto Insurance
Commercial Liability Insurance
Condo Insurance
Homeowners Insurance
Inland Marine (i.e. special collections)
Personal Mortgage Insurance
Private Passenger Automobile Insurance
Renters Insurance

**Company Appointments** What's This? (/Help/Company_Appointment.htm)

Arbella Protection Insurance Company, Inc.
Metropolitan Life Insurance Company
National Continental Insurance Company
Progressive Casualty Insurance Company
United Financial Casualty Company

**Reported Company Affiliations** What's This? (/Help/Reported_Company_Affiliations.htm)

**Business Entity Members** What's This? (/Help/Business_Entity_Membership.htm)

| Name | Member License Number | NPN | Begin Date |
|---|---|---|---|
| Joseph, Abner (ProducerProfile.aspx?TYPE=0&ID=207144&) | 1843859 | 9845767 | 05/05/2015 |

---

© 2007-2017 Massachusetts Division of Insurance
Privacy Policy (PrivacyPolicy.aspx) | Terms of Use (TermsOfUse.aspx) | Security Policy (SecurityPolicy.aspx)

Company Appointment

Show

## Company Appointment

An appointment by an insurance company of an agent/agency to sell, solicit, or negotiate on behalf of the insurance company. For example, a particular agent/agency may be appointed by Company XYZ to sell XYZ's auto insurance. The agent/agency is acting as an agent for the companies to which he/she/it is appointed. An agent/agency may have a number of appointments with a number of insurance companies.